**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | |
|---|---|
| DODIE WADEN, individually; and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>AVEN FINANCIAL, INC.,<br><br>Defendant. | Case No. 3:24-cv-00266-MGL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**TO: THE HONORABLE COURT AND ALL PARTIES OF RECORD**

NOW COMES the Plaintiff, Dodie Waden, individually and on behalf of all others similarly situated and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby dismisses Aven Financial, Inc., from this matter **with prejudice.**

Dated: June 4, 2024

Respectfully Submitted,

**POULIN | WILLEY | ANASTOPOULO, LLC**

By: */s/ Paul J. Doolittle*
Paul J. Dolittle (Fed ID. #6012)
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
F: (843) 494-5536
E: paul.doolittle@poulinwilley.com

**ATTORNEYS FOR THE PLAINTIFF**

1

## **CERTIFICATE OF SERVICE**

I, Paul J. Doolittle, do hereby certify that I have served this Notice of Voluntary

Dismissal with Prejudice to counsel at the email address listed below this 4th day of June, 2024.

Paul J. Dolittle
**POULIN | WILLEY | ANASTOPOULO, LLC**
32 Ann Street
Charleston, SC 29403
T: (803) 222-2222
F: (843) 494-5536
E: paul.doolittle@poulinwilley.com

*/s/ Paul J. Doolittle*
Paul J. Doolittle